**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**William Larnell ECKLES, Jr.,
Defendant–Appellant.**

No. 12–7768.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 13, 2012.

Decided: Dec. 19, 2012.

William Larnell Eckles, Jr., Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before MOTZ, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Larnell Eckles, Jr., appeals the district court's order granting his 18 U.S.C. § 3582(C)(2) (2006) motion for a sentence reduction.* We have reviewed the record and find no reversible error.

was entitled to an even further reduction.

Accordingly, we affirm for the reasons stated by the district court. *United States v. Eckles,* No. 5:00–cr–00046–RLV–4 (W.D.N.C. Sept. 26, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*